9UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS HENNIGAN,

    Plaintiff,

v.                                  Case No. 11-13555

ROOFERS LOCAL 149
PENSION FUND,

    Defendant.
                                      /

## JUDGMENT

In accordance with the court's July 9, 2012 "Opinion and Order Denying Plaintiff's 'Motion to Reverse Defendant's Arbitrary and Capricious ERISA Determination and Grant Disability Benefits' and Granting Defendant's Motion for Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Roofers Local 149 Pension Fund and against Plaintiff Thomas Hennigan.

Dated at Detroit, Michigan, this 9th day of July, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                  BY: s/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland