# 9UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS HENNIGAN,

    Plaintiff,

v.                                        Case No. 11-13555

ROOFERS LOCAL 149
PENSION FUND,

    Defendant.
                                  /

## JUDGMENT

In accordance with the court's July 9, 2012 "Opinion and Order Denying Plaintiff's 'Motion to Reverse Defendant's Arbitrary and Capricious ERISA Determination and Grant Disability Benefits' and Granting Defendant's Motion for Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Roofers Local 149 Pension Fund and against Plaintiff Thomas Hennigan.

Dated at Detroit, Michigan, this 9th day of July, 2012.

                                                                     DAVID J. WEAVER
                                                                       CLERK OF THE COURT

                                                              BY: s/Lisa Wagner
                                                                  Lisa Wagner, Deputy Clerk
                                                                  and Case Manager to
                                                                  Judge Robert H. Cleland

S:\Cleland\SET\Judgments\11-13555.HENNIGAN.Judgment.set.wpd